UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN ANTONIO ALGARIN MOURE,<br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | No. 3:19-cv-1468 (SRU) |

## ORDER GRANTING COMMISSIONER'S MOTION FOR REMAND

The defendant, Commissioner of Social Security Administration ("Commissioner"), has moved to enter judgment under sentence six of 42 U.S.C. § 405(g), with a remand of the cause to the Commissioner for further action.

Under sentence six of 42 U.S.C. § 405(g), on motion of the Commissioner made for good cause shown, and before the Commissioner files her answer, I am authorized to remand the case to the Commissioner for further action. Remand for further development of the record is appropriate when gaps exist in the administrative record or when the administrative law judge ("ALJ") committed legal error. *See Parker v. Harris*, 626 F.2d 225, 235 (2d Cir. 1980).

Here, the Commissioner has determined that remand of this case for additional administrative proceedings is necessary because the recording of Plaintiff's August 1, 2018 administrative hearing was missing from the record, and more than 900 pages of medical records and other documents require translation from Spanish to English. Accordingly, I **GRANT** the Commissioner's Motion for Entry of Judgment and Remand Under Sentence Six of 42 U.S.C. § 405(g) [**Doc. No. 33**]. The Clerk shall enter judgment and remand the case to the Commissioner for a period of sixty (60) days until February 17, 2020, for further proceedings consistent with

the motion. The Clerk is further instructed that any Social Security appeal following remand shall be assigned to me as the District Judge who issued the ruling that remanded the case.

So ordered.

Dated at Bridgeport, Connecticut, this 3rd day of January 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge